LAWRENCE A. PENDERGAST et al., Respondents, *v.* BOARD OF EDUCATION OF THE CITY OF NEW YORK, Appellant.

Argued October 19, 1949; decided November 17, 1949.

*John P. McGrath, Corporation Counsel* (*W. Bernard Richland* of counsel), for appellant.

*A. Mark Levien* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and BROMLEY, JJ.